JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

NATHANAEL M. COUSINS (CABN 177944)
Assistant United States Attorney

   450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102
   Telephone: (415) 436-7368
   Facsimile: (415) 436-7234
   E-Mail: nat.cousins@usdoj.gov

Attorneys for the United States of America

### UNITED STATES DISTRICT COURT

### NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> DELVON LAMAR SANDERS, ) <br> ) <br> Defendant. ) <br> _____ ) | No. CR 09-0219 MMC <br><br> **PRELIMINARY ORDER OF FORFEITURE** <br><br> Court: Honorable Maxine M. Chesney <br><br> Sentencing <br> Date:   September 30, 2009 <br> Time:   2:30 p.m. |

     Having considered the Plea Agreement filed on July 16, 2009 wherein the defendant admitted to the forfeiture allegation in the Indictment and agreed to forfeit the firearm and carrying case identified in the Plea Agreement, and good cause appearing,

     IT IS HEREBY ORDERED that defendant Delvon Sanders shall forfeit to the United States the following property:

     a.    Browning Citori shotgun, 20-gauge, serial number 31818NX763, and its carrying case.

     IT IS FURTHER ORDERED that the United States, through its appropriate agency, shall seize the forfeited property forthwith and publish on www.forfeiture.gov, an official government website for at least thirty days, notice of this Order, notice of the

Preliminary Order of Forfeiture
*U.S. v. Sanders*; CR 09-0219 MMC

1  government's intent to dispose of the property in such manner as the Attorney General
2  may direct and provide notice that any person, other than the defendant, having or
3  claiming a legal interest in the property must file a petition with the Court and serve a
4  copy on government counsel within thirty (30) days of the final publication of notice or of
5  receipt of actual notice, whichever is earlier.
6      IT IS FURTHER ORDERED that, pursuant to Rule 32.2(b)(3) of the Federal
7  Criminal Rules of Procedure, this Preliminary Order of Forfeiture shall become final as to
8  the defendant at the time of sentencing and shall be made part of the sentence and
9  included in the judgment.

11      IT IS SO ORDERED this  1st  day of   October   2009.

                                HONORABLE MAXINE M. CHESNEY
                                United States District Judge