# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>DELVON LAMAR SANDERS,<br><br>　　　　Defendant. | Case No.:  CR 09-0219 MMC<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER RE CONTINUANCE OF SENTENCING** |

On July 1, 2015, the parties appeared before the Court for a hearing on defendant Delvon Lamar Sanders' Supervised Release Violation. At the hearing, Mr. Sanders admitted violating his supervised release and the parties indicated to the Court that they would present an agreed upon and negotiated disposition to the Court. Mr. Sanders is scheduled to be sentenced by the Court on September 9, 2015, at 2:15 p.m.

Counsel for Mr. Sanders recently learned that he must travel out of the country on another matter on September 9, 2015, and the parties have agreed that Mr. Sanders' sentencing hearing may go over to September 30, 2015, at 2:15 p.m., in order to allow for continuity of counsel.

1  U.S. Probation Officer Jennifer James is available on the proposed date. The Court also appears
2 to be available based on its publically-posted calendar.
3  As such, the parties jointly agree, stipulate and request that the hearing to sentence Mr. Sanders'
4 on his supervised release violation be continued to September 30, 2015, at 2:15 p.m.

ORDER

Pursuant to the parties' stipulation,

IT IS SO ORDERED.

Dated: September  3 , 2015                              _____
                                                        MAXINE M. CHESNEY
                                                        SENIOR U.S. DISTRICT JUDGE

APPROVED AS TO FORM:

Dated: September 2, 2015                                _____/s/_____
                                                        ROBERT REES
                                                        Assistant United States Attorney

Dated: September 2, 2015                                _____/s/_____
                                                        EDWIN PRATHER
                                                        Attorney for DELVON LAMAR SANDERS

JOINT STIPULATION AND [PROPOSED] ORDER RE CONTINUANCE OF SENTENCING
[Case No.: CR 09-0219 MMC]                                                      2