AO 245D (Rev. AO 09/11-CAN  07/14) Judgment in Criminal Case of Revocations
Sheet 1

# UNITED STATES DISTRICT COURT
## Northern District of California

| UNITED STATES OF AMERICA | ) | **JUDGMENT IN A CRIMINAL CASE** |
|---|---|---|
| | | (For **Revocation** of Probation or Supervised Release) |
| **v.** | ) | |
| Delvon Lamar Sanders | ) | USDC Case Number:  0971 3:09CR00219-001 MMC |
| | ) | BOP Case Number:  DCAN309CR00219-001 |
| | ) | USM Number:  12911-111 |
| | ) | Defendant's Attorney:  Edwin Prather (Appointed) |

## THE DEFENDANT:

☑ admitted guilt to violation of <u>Charges One, Two, Three, and Four as set forth in the Petition for Arrest Warrant for Offender Under Supervision filed on May 22, 2015</u> .

☐ was found in violation of condition(s): _____ after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| One | Failed to report to the Probation Office within 72 hours  of release from custody | May 08, 2015 |
| Two | Failed to refrain from the use of controlled substances | May 14, 2015 |
| Three | Failed to follow the instructions of the Probation Officer | May 18, 2015 |
| Four | Failed to follow the instructions of the Probation Officer | May 21, 2015 |

The defendant is sentenced as provided in pages 2 through _2_ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has not violated condition(s) _____ and is discharged as to such violation(s) condition.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.  If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Last Four Digits of Defendant's Soc. Sec. No.: <u>3124</u>

Defendant's Year of Birth: <u>1985</u>

City and State of Defendant's Residence:
<u>San Francisco, California</u>

9/30/2015
_____
Date of Imposition of Judgment

_____
Signature of Judge

The Honorable Maxine M. Chesney
Senior United States District Judge
Name & Title of Judge

10/2/2015
_____
Date Signed

AO 245B (Rev. AO 09/11-CAN 10/13) Judgment in Criminal Case

DEFENDANT:  Delvon Lamar Sanders                                                                    Judgment - Page 2 of 2
CASE NUMBER:  0971 3:09CR00219-001 MMC

# IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of:
     Six (6) months (with credit for time served). No further term of supervised release imposed.

☐    The Court makes the following recommendations to the Bureau of Prisons:

☑    The defendant is remanded to the custody of the United States Marshal. The appearance bond is hereby exonerated.

☐    The defendant shall surrender to the United States Marshal for this district:

        ☐    at _____ ☐ am  ☐ pm  on _____ (no later than 2:00 pm).

        ☐    as notified by the United States Marshal.

    The appearance bond shall be deemed exonerated upon the surrender of the defendant.

☐    The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

        ☐    at _____ ☐ am  ☐ pm  on _____ (no later than 2:00 pm).

        ☐    as notified by the United States Marshal.

        ☐    as notified by the Probation or Pretrial Services Office.

    The appearance bond shall be deemed exonerated upon the surrender of the defendant.

# RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____ at
_____ , with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL